

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2021

No. 04-21-00508-CR

Christopher **VARGAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6356
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Christopher Vargas was convicted and placed on community supervision on June 5, 2017, pursuant to a plea bargain. The conditions of his supervision have been modified and the term has been extended. On October 29, 2021, Vargas filed a notice of appeal. He appears to be attempting to appeal an order modifying the conditions of his community supervision.

An order modifying the conditions of community supervision is not appealable. *See Davis v. State*, 195 S.W.3d 708, 710-11 (Tex. Crim. App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Elizondo v. State*, 966 S.W.2d 671, 672 (Tex. App.—San Antonio 1998, no pet.).

Appellant is therefore **ordered** to show cause in writing by **December 3, 2021** why this appeal should not be dismissed for want of jurisdiction. If appellant fails to respond satisfactorily within the time provided, the appeal will be dismissed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2021.



MICHAEL A. CRUZ, Clerk of Court